IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| HERIBERTO VALIENTE, *individually and on behalf of all others similarly situated*, | ) | Case No. 1:26-cv-24939 |
| Plaintiff, | ) | Removal from the Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County |
| v. | ) | |
| HAT WORLD INC. d/b/a LIDS, | ) | Case No. 2026-012012-CA-01 |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant Hat World Inc. d/b/a LIDS ("Hat World"), by the undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division. Removal is proper on the following grounds:

1. On or about June 15, 2026, Heriberto Valiente ("Plaintiff"), filed a Complaint against Hat World in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (Case No. 2026-012012-CA-01) (the "Lawsuit"). The Lawsuit is currently pending in that court.

**A. Removal is Proper Based on Federal Question Jurisdiction.**

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States.

3. The Complaint filed by Plaintiff in the Circuit Court in and for Miami-Dade County, Florida alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TPA").

4. The TPA is a law of the United States; therefore, the Lawsuit is a civil action arising under laws of the United States, and this Court has original jurisdiction under 28 U.S.C. § 1331. Accordingly, removal is proper.

**B. Defendant's Notice of Removal is Procedurally Proper.**

5. The Circuit Court in and for Miami-Dade County, Florida, in which this action was commenced, is located within this Court's federal jurisdiction. Therefore, venue is proper pursuant to 28 U.S.C. § 83(b) because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

6. Hat World was served with the Complaint on June 22, 2026. A copy of the Complaint and other state court filings are attached hereto as **Exhibit A**. Therefore, this Notice is timely filed pursuant to 29 U.S.C. § 1446.

7. This Notice of Removal is being served on Plaintiff's counsel, and a copy will be filed with the Clerk of the Circuit Court in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d).

8. In light of the foregoing, removal of this case is proper.

WHEREFORE, Hat World respectfully notifies the Court, the state court, and Plaintiff of the removal of this action from the Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division.

Respectfully submitted,

*s/Hannesson I. Murphy*
Hannesson I. Murphy
Florida Bar No. 0128589
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: 317-236-1313
Facsimile: 317-231-7433
Email: hmurphy@btlaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2026, a copy of the foregoing was filed electronically and served on the following counsel of record by regular U.S. First Class Mail with a copy sent via direct email:

Joseph A. Loochkartt
Zane C. Hedaya
Gerald D. Lane, Jr.
THE LAW OFFICES OF JIBRAEL S. HINDI
1515 NE 26th Street
Wilton Manors, FL 33305
joseph@jibraellaw.com
zane@jibraellaw.com
gerald@jibraelaw.com

*s/Hannesson I. Murphy*

DMS 53984546.1